**Order filed February 7, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01065-CV

———————

**RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant**

**V.**

**HARRIS COUNTY, LINEBARGER GOGGAN BLAIR & SAMPSON LLP
AND CITY OF HOUSTON, Appellees**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-71264**

---

## O R D E R

The notice of appeal in this case was filed November 26, 2013. The clerk's record was filed January 31, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the Clerk of this court on or before **February 24, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.


PER CURIAM